IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER DALE ELLIOTT,                         CV. 07-1001-ST

         Plaintiff,                ORDER TO DISMISS

    v.

MR. HOLLINGSWORTH, et al.,

         Defendants.

STEWART, Magistrate Judge.

    Plaintiff moves to voluntarily dismiss this case without prejudice. Plaintiff's Motion to Dismiss (docket #18) is GRANTED, and this case is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this  2nd  day of January, 2008.

                                        /s/ Janice M. Stewart
                                         Janice M. Stewart
                                         United States Magistrate Judge